IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-30022-MJR |
| ) | |
| MARK A. HALL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
ACCEPTING DEFENDANT'S GUILTY PLEA**

**REAGAN, District Judge:**

On July 2, 2007, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Hall entered a guilty plea to Counts 1, 2 and 3 of the Indictment.

By Report filed July 2, 2007, Judge Wilkerson recommends that the undersigned District Judge accept Defendant Hall's guilty plea, find Defendant Hall guilty and direct the Probation Office to prepare a presentence investigation report. The parties were given an opportunity to object to Judge Wilkerson's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Wilkerson's Report and Recommendation (Doc. 45), **ACCEPTS** Defendant Hall's guilty plea and **ADJUDGES** Hall guilty of the offenses set forth in Counts 1, 2 and 3 of the Indictment (violation of **21 U.S.C. §§ 841(a)(1),**

**841(b)(1)(B), 856(a)(1)** and forfeiture pursuant to **21 U.S.C. § 853(a)**).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, sentencing **REMAINS SET** for <u>**1:30 P. M. on Friday, November 2, 2007**</u>**.**

   **IT IS SO ORDERED.**

   **DATED this 18th day of July, 2007**


           <u>**s/Michael J. Reagan**</u>
           **MICHAEL J. REAGAN**
           **United States District Judge**